IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA BERTHOLD, <br><br> Plaintiff, <br><br> v. <br><br> LEADING EDGE RECOVERY SOLUTIONS, LLC, <br><br> Defendants. | No. 047 C 7052 <br><br> Judge Gottschall <br><br> Magistrate Judge Nolan |

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, I electronically filed the foregoing **ANSWER TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Larry Paul Smith
> Larry P. Smith & Associates
> 205 N. Michigan Ave.,
> 40th Floor
> Chicago, IL 60601

Respectfully submitted,

LEADING EDGE RECOVERY
SOLUTIONS, LLC

____s/ James V. Garvey____

James V. Garvey
VEDDER PRICE P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
E-Mail: jgarvey@vedderprice.com
Dated: February 19, 2008

CHICAGO/#1749579.1