IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGELA BERTHOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-CV-7052 |
| ) | |
| LEADING EDGE RECOVERY ) | Judge Gottschall |
| SOLUTIONS, LLC., ) | |
| ) | |
| Defendant. ) | |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, ANGELA BERTHOLD, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**ANGELA BERTHOLD**

By: ____/s Larry P. Smith_____
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911