**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ANGELA BERTHOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-CV-7052 |
| | ) | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC., | ) ) | Judge Gottschall |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

Mr. James V. Garvey
Vedder, Price, Kaufman & Kammholz, P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601-1003
Email: jgarvey@vedderprice.com

    PLEASE TAKE NOTICE THAT On March 21, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

### PROOF OF SERVICE

    I, the undersigned, an attorney, certify that I served this notice by *e-mailing* a copy to the above named parties before 5:00 p.m. on March  21 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                        By:     */s Larry P. Smith*          
                                                Attorney for Plaintiff