## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7052 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Angela Berthold vs. Leading Edge Recovery Solutions, LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to voluntary dismiss [11] is granted. All pending dates are terminated as moot. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|